THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON STUBBS, Appellant. [759 NYS2d 718] —Appeal from a judgment of Monroe County Court (Schwartz, J.), entered May 10, 2001, convicting defendant after a jury trial of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him following a jury trial of assault in the second degree (Penal Law § 120.05 [1]). We reject defendant's contention that County Court erred in refusing to conduct a *Wade* hearing. Civilian-initiated identification procedures do not require a *Wade* hearing (*see People v Dixon*, 85 NY2d 218, 222 [1995]; *People v Harris*, 288 AD2d 20 [2001], *lv denied* 97 NY2d 755 [2002]; *People v Lewis*, 258 AD2d 287, 288 [1999]; *People v Rumph*, 248 AD2d 142 [1998], *lv denied* 92 NY2d 860 [1998]). Here, the court had sufficient evidence before it, based on the testimony at the preliminary hearing, to determine as a matter of law that the identification procedure was initiated by the victim and that a *Wade* hearing therefore was not required (*see Rumph*, 248 AD2d at 142). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.